## MARTIN v. SOLON AUTOMATED SERVICES AND WATTS v. SOLON AUTOMATED SERVICES

No. 118P87.

Case below: 84 N.C. App. 197.

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987. Motion by plaintiffs to dismiss appeal for lack of significant public interest allowed 2 June 1987.

## PETTY v. CITY OF CHARLOTTE

No. 283P87.

Case below: 85 N.C. App. 391.

Petition by defendant (Housing Authority) for writ of supersedeas and temporary stay of the execution of judgment of the Court of Appeals allowed on condition supersedeas bond remains in effect 3 June 1987.

## PINEWOOD MANOR MOBILE HOMES, INC. v. N.C. MANUFACTURED HOUSING BD.

No. 246P87.

Case below: 84 N.C. App. 564.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987. Petition by plaintiff for writ of supersedeas and temporary stay of the execution of judgment of the Court of Appeals denied 2 June 1987.

## PREVETTE v. HOLLAR

No. 137P87.

Case below: 84 N.C. App. 457.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.